IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. MURRAY, | : | |
| Plaintiff | : | No. 1:25-cv-02545 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| YORK COUNTY DEPARTMENT OF | : | (Chief Magistrate Judge Bloom) |
| PROBATION SERVICE, <u>et al.</u>, | : | |
| Defendants | : | |

## <u>ORDER</u>

Before the Court in the above-captioned action is the May 11, 2026 Report and Recommendation of Chief Magistrate Judge Bloom (Doc. No. 7) recommending that the Court dismiss pro se Plaintiff Donald C. Murray ("Plaintiff")'s complaint (Doc. No. 1) for failure to file an amended complaint, as permitted by the Court's April 6, 2026 Order (Doc. No. 6) adopting Chief Magistrate Judge Bloom's March 6, 2026 Report and Recommendation (Doc. No. 5) and dismissing Plaintiff's initial complaint for failure to state a claim upon which relief may be granted. No objections to the May 11, 2026 Report and Recommendation have been filed.

**AND SO**, on this 4th day of June 2026, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1.   The Court **ADOPTS** the Report and Recommendation (Doc. No. 7) of Chief Magistrate Judge Bloom insofar as it recommends dismissal of Plaintiff's complaint;

2.   Plaintiff's complaint (Doc. No. 1) is **DISMISSED**; and

3.   The Clerk of Court is directed to **CLOSE** this case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania